Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra Pauline,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:21-cv-02174-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, May 20, 2022, to file the Motion for Summary Judgment.

　　　　IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  04/18/2022                                 / s / Joseph Fraulob
　　　　　　　　　　　　　　　　　　　　Joseph Fraulob
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  04/18/2022                                 / s / Marcelo Illarmo
　　　　　　　　　　　　　　　　　　　　Marcelo Illarmo
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS ORDERED.
Dated:  April 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE